```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
````
─────────────────────────────────────────

**EDUARDO COHEN WATKINS,**

                          **Petitioner,**

          - against -

**ELLESSE LLC, ET Al.,**

                          **Respondents.**

─────────────────────────────────────────

**24-mc-23 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The petitioner is directed to respond to the Objections to the Report and Recommendation by **August 26, 2024.**

**SO ORDERED.**

**Dated:**    New York, New York
             August 12, 2024

                                          /s/ John G. Koeltl
                                          ─────────────────────────
                                             John G. Koeltl
                                        United States District Judge