**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re *Ex Parte* Application of EDUARDO COHEN WATKINS for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings |

Case No: 1:24-mc-23

**~~[PROPOSED]~~ ORDER GRANTING EDUARDO COHEN WATKINS' UNOPPOSED SUPPLEMENTAL APPLICATION FOR LEAVE TO SERVE A NOTICE OF DEPOSITION PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court upon the Unopposed Supplemental Application of Eduardo Cohen Watkins ("Petitioner") for an Order for Leave to Serve a Notice of Deposition Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court has considered the evidence, arguments and law presented, and sufficient reasons having been shown, the Court hereby GRANTS the Application.

It is hereby ORDERED that Petitioner is granted leave to take a three-and-a-half hour, in-person deposition of Ellesse, LLC employee Maria Alba. The Clerk of Court is respectfully requested to terminate ECF 46.

IT IS SO ORDERED.

Dated: ___19th___ day of ___February___, 2026
          New York, NY

_____
United States District Judge